UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAKIRA DANYEL BRADFORD,
      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
      Defendant.
_____/

Case No.: 1:14-cv-1061

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 19). The Report and Recommendation was duly served on the parties. No objections have been filed to date and, furthermore, the parties have stipulated to entry of an order adopting the Report and Recommendation and entry of Judgment prior to expiration of the 14-day objection period (ECF No. 20).

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 17) is **GRANTED IN PART AND DENIED IN PART**. Judgment shall enter in plaintiff's favor in the amount of $4,375.00.

Dated:  October 1, 2015

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge