UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAKIRA DANYEL BRADFORD,

    Plaintiff,

Case No. 1:14-cv-1061

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $4,375.00.

Date:  October 1, 2015

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District